IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY WALLACE,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **GEORGE ARIAS,**<br>            **Defendant.** | **NO.  23-3243** |

### O R D E R

**AND NOW**, this 5th day of January, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 57) and Plaintiff's response thereto (ECF No. 68), it is **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
       **HODGE, KELLEY B., J.**